**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **NORTH AMERICAN SPECIALTY INSURANCE COMPANY** | * | **CIVIL ACTION: 07-4051** |
| **VERSUS** | * | **SECTION "F"** |
| **GREG G. GORDON, INC.** | * | **JUDGE FELDMAN** |
| **GREG G. GORDON, individually, LYNN GORDON, individually, and** | * | **MAGISTRATE JUDGE** |
| **ROBERT AND LISA BARNETT and Their minor children, WILLIAM ZACHARY and CHRISTOPHER BARNETT** | * | **KAREN WELLS ROBY** |

**************************************************

**MOTION IN LIMINE TO STRIKE BARNETTS' EXPERT RIMKUS CONSULTING GROUP, INC.**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, North American Specialty Insurance Company, who moves the Court to strike as a witness defendant's expert, Rimkus Consulting Group, Inc., for failure to produce an appropriate expert report pursuant to F.R.C.P. Rule 26(a)(2) within the deadlines established by the Court, it does not meet the *Daubert* standard, and its testimony is irrelevant to the coverage issues presented in this Declaratory Action. North American Specialty Insurance Company incorporates *in extenso* its memorandum in support attached hereto and requests this court grant this Motion *in Limine* and exclude the testimony of Rimkus Consulting Group, Inc.

Respectfully submitted:

_/s/ Doris T. Bobadilla_____________
DORIS T. BOBADILLA (#24025)
STEPHANIE DOVALINA (#31137)
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456
***Attorneys for North American Specialty Insurance Company***

**CERTIFICATE OF SERVICE**

I, Doris T. Bobadilla, counsel for Plaintiff, North American Specialty Insurance Company, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system, which sent notification to all counsel of record of such filing, including the following:

Christopher Beary, Esq.
Angel Bynum, Esq.
Orrill, Cordell & Beary LLC
1010 Common Street
Suite 3100
New Orleans, Louisiana 70112
*Counsel for Robert Barnett, et. al.*

Thomas H. Huval, Esq.
Stephen C. Aertker, Jr.
Christian A. Shofstahl
532 East Boston Street
Covington, Louisiana 70433
*Counsel for Greg Gordon, et. al.*

SO CERTIFIED, this the 20th day of October, 2008.

/s/ Doris T. Bobadilla
DORIS T. BOBADILLA